THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for William Tranquilli

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI, | Case No.  1:05-CV-00831-SMS |
| Plaintiff, | STIPULATION RESOLVING THE ACTION; ORDER |
| v. | |
| WILLIAM M. WAGNER, III, | |
| Defendants. | |
| _____/ | |

At the January 22, 2007 settlement conference, the parties discussed settlement separately and with the Court, at the end of which, the parties, on the record, entered into an oral stipulation resolving the entire Action, which stipulation was ordered by the Court.  A part of the stipulation was that it be reduced to this writing.  THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. By February 22, 2007 Defendant shall pay to Plaintiff $2,000 for damages;

2. a.  Within 6 months hereof, Defendant shall move the partition in the men's

restroom's accessible toilet stall, remove the urinal next to it and create another partition so that the accessible toilet stall in the men's restroom has the proper side clearance between the toilet and the partition;

      b.  Within 12 months hereof, Defendant shall modify the entrance/exit to the men's restroom so that it complies with Federal accessibility standards as to hardware and strike side clearances;

      c.  Within 18 months hereof, Defendant shall complete the remainder of the recommendations stated in the October 26, 2006 Report by Kim R. Blackseth, which was disclosed and filed by Plaintiff as a part os his Expert Disclosure;

      d.  If at any time, Defendant no longer owns or operates the Old Fresno Hofbrau restaurant or property at 2820 Tulare Street, Fresno, California, then Defendant is relived of his obligations stated in sub-paragraphs a, b and c, above;

      e.  If at any time before Defendant has completed the modifications stated in sub-paragraphs a, b and c, above, Defendant conveys the property to another, then Defendant shall forthwith provide the new owner with a copy of this Stipulation and Order.

      3.  Plaintiff is entitled to an award of his reasonable attorneys' fees and costs incurred in his prosecution of this Action.  Within 30 days of the filing of this Stipulation and Order by the Court, Plaintiff shall file a motion for his attorneys' fees and costs.

      4.  Following the Court's signature on this Stipulation and Order, the parties shall file a Stipulation of Dismissal; Order in which the Court retains jurisdiction to enforce this Stipulation and Order for two years from the date that the Stipulation of Dismissal is Ordered.

IT IS SO STIPULATED:

| | |
|---|---|
| Date:  February 2, 2007 | Date: February 1, 2007 |
| S/William Tranquilli,<br>Plaintiff | S/William M. Wagner, III<br>Defendant |
| Date:  February 2, 2007 | Date: February 1, 2007 |
| S/Thomas N. Stewart, III,<br>Attorney for Plaintiff | S/K. Poncho Baker,<br>Attorney for Defendant |

IT IS SO ORDERED.

**Dated:   February 2, 2007**          /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE