THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for William Tranquilli

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI, | Case No.  1:05-CV-00831-SMS |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| WILLIAM M. WAGNER, III, | |
| Defendants. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), and that the Court no longer needs to retain jurisdiction of this action.

Date:  April 11, 2007                                          Date:  April 11, 2007

S/K. Poncho Baker,                                           S/Thomas N. Stewart, III,
Attorney for Defendants                                    Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   April 13, 2007**                                  _____/s/ Sandra M. Snyder_____
                                                                              UNITED STATES MAGISTRATE JUDGE